68 F.3d 461
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Joseph RIDDICK, Plaintiff-Appellant,
v.
VIRGINIA DEPARTMENT OF CORRECTIONS, Defendant-Appellee.
Joseph RIDDICK, Plaintiff-Appellant,
v.
VIRGINIA DEPARTMENT OF CORRECTIONS, Defendant-Appellee.
 Nos. 95-7027, 95-7118.
 United States Court of Appeals, Fourth Circuit.
 Submitted: September 21, 1995.
Decided: October 10, 1995.
 
 Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-95-653-R, CA-95-668-R)
 Joseph Riddick, Appellant Pro Se.
 W.D.Va.
 AFFIRMED.
 Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's orders denying relief on his 42 U.S.C. Sec. 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. No. 95-7027, Riddick v. Department of Corr., No. CA-95-653-R (W.D.Va. July 6, 1995); No. 95-7118, Riddick v. Department of Corr., No. CA-95-668-R (W.D.Va. July 14, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED